## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ARLEEN P. REVIERE | CIVIL ACTION NO. 06-1183 |
| VERSUS | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge [Rec. Doc. 14] is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and this matter is **DISMISSED** with prejudice.

Lafayette, Louisiana, this 27th day of August, 2007.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE